IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| JONATHAN CHAPA | § | |
| VS. | § | CIVIL ACTION NO.  9:19cv109 |
| JAMES D. GEDDES | § | |

ORDER ACCEPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Jonathan Chapa, proceeding *pro se*, filed the above-styled civil rights lawsuit against James D. Geddes.  The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable orders of this court.  The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that a motion to dismiss filed by the defendant be granted and this case dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6).

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings.  No objections to the Report and Recommendation were filed by the parties.

ORDER

The findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ACCEPTED**.  The motion to dismiss (doc. no. 38) is **GRANTED**.  A final judgment shall be entered dismissing this lawsuit.

**SIGNED** this the 7 day of **February, 2022.**

_____
Thad Heartfield
United States District Judge